THE OTTAWA, OSAGE CITY & COUNCIL GROVE RAILROAD COMPANY v. ANDREW PETERSON, No. 4627.— SAME v. HANS LINDALL, No. 4628.—SAME v. LARS HANSON, No. 4629.

*Per Curiam:* The above cases are all similar to *Railroad Co. v. Larson,* just decided; and upon the authority in that case, the ruling and judgments in these cases will be reversed, and further proceedings had in accordance with the views expressed in *Railroad Co. v. Larson.*